**ABV**  Allegaert Berger & Vogel LLP

ATTORNEYS

Partha P. Chattoraj
Direct: 212.616.7076
pchattoraj@abv.com

111 Broadway, 20th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

1199 Route 22 East
Mountainside, New Jersey 07092
908.228.8500
908.228.8515 Fax

15 North Main Street, Suite 100
West Hartford, Connecticut 06107
860.785.3133
860.650.1901 Fax

www.ABV.com

# MEMO ENDORSED

February 11, 2026

**BY ECF**

The Honorable Laura Taylor Swain
Chief District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Great Western Insurance Company v. Graham et al.*
No. 1:18-cv-06249-LTS-SN (S.D.N.Y.)

Dear Chief Judge Swain:

This firm represents Plaintiff Great Western Insurance Company in the above-captioned action.  Pursuant to Subdivision A.1.e of Your Honor's Individual Practices, this letter motion seeks a 16-day extension of time for Plaintiff to oppose the currently pending motions to dismiss the Third Amended Complaint, from February 17, 2026 to March 5, 2026, as set forth below.

On January 6, 2026, the Court granted in part and denied in part Plaintiff's July 17, 2025 Motion to Amend (ECF No. 505), and on January 20, Plaintiff filed its Third Amended Complaint and exhibits thereto (ECF No. 509).  On January 30, the Court endorsed the stipulation between Plaintiff and Defendant Sancus Capital Credit Master Fund Ltd. to extend that defendant's time to "respond or otherwise move with respect to the Third Amended Complaint" to February 17, 2026.  (ECF No. 515.)  On February 3, 2026, the other defendants filed motions to dismiss the Third Amended Complaint.  (ECF Nos. 517-521.)  On February 10, 2026, Plaintiff confirmed that it would oppose the motions without first seeking to amend the Third Amended Complaint.  (ECF No. 522.)  Accordingly, under S.D.N.Y. Local Civil Rule 6.1(b), Plaintiff's papers in opposition to those motions to dismiss are due on February 17, 2026.

**ABV** Allegaert Berger & Vogel LLP

The Honorable Laura Taylor Swain
February 11, 2026
Page 2

Plaintiff respectfully requests that its time to oppose the motions be extended by 16 days to March 5, 2026, which would allow a total of 30 days for Plaintiff's opposition to the existing motions.

Plaintiff is requesting this extension of time due to Plaintiff's counsel's family vacations in connection with school breaks and the intervening federal holiday, and the coordination of Plaintiff's counsel's schedules with deadlines in other client matters.

There have been no previous requests for extension of this date. This extension of time does not affect any other scheduled dates.

At 5:46 PM EST on February 10, 2026, I sent an email to Defendants' counsel requesting their consent to this extension. In that email, I stated that this letter motion would be filed at about 6:00 PM today. I requested that Defendants provide their reasons for refusing to consent, if they did not consent. I also stated that, if the moving Defendants did consent to our request, we would be happy to include in our letter motion a request for extra time for Defendants to file any reply papers in further support of their motions. As of this writing at 7:45 PM EST, I have not received any response to that email.

We thank the Court for its consideration of our request.

Respectfully,

Partha P. Chattoraj

cc: All counsel of record (by ECF)

Plaintiff is granted an extension to **2/26/2026**. Any reply must be filed by **3/12/2026**.
SO ORDERED.
2/12/2026
/s/ Laura Taylor Swain, Chief USDJ